IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAMDAS BHANDARI, M.D.,

        Plaintiff/Counterdefendant,

vs.                                                     No. CIV 09-0932 JB/GBW

VHA SOUTHWEST COMMUNITY
HEALTH CORPORATION d/b/a
COMMUNITY HOSPITAL CORPORATION
and ARTESIA GENERAL HOSPITAL,

        Defendants/Counterclaimants.

**ORDER**

        **THIS MATTER** comes before the Court on its Sealed Memorandum Opinion and Order (for the parties' eyes only), filed January 13, 2010 (Doc. 122), which granted in part and denied in part the Plaintiff's Motion to Compel Production of Allegedly Privileged Materials and for Sanctions (Confidential -- Subject to Confidentiality Order; Filed Under Seal), filed November 5, 2010 (Doc. 83). If parties wish to redact portions of the Sealed Memorandum Opinion and Order before the Court publically files its Memorandum Opinion and Order, they must file a document or send a letter to the Court within ten business days from the date the Court files this Order, outlining what portions they want/need redacted.

        **IT IS ORDERED** that the parties have ten days within which to file a document or send a letter to the Court asking the Court to redact portions of the Court's Sealed Memorandum Opinion and Order before the Court files the Memorandum Opinion and Order publically.

                                                  _____

                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

Gregory L. Denes
Juno Beach, Florida

-- and --

Michelle L. Gomez
Brownstein Hyatt Farber Schreck, LLP
Denver, Colorado

-- and --

Eric R. Burris
Adam E. Lyons
Brownstein Hyatt Farber Schreck, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Matthew P. Holt
Blaine T. Mynatt
Brad Springer
Holt, Babington & Mynatt
Las Cruces, New Mexico

    *Attorneys for Counter Defendant*

William C. Madison
Madison, Harbour & Mroz, P.A.
Albuquerque, New Mexico

-- and --

Mary Olga-Lovett
Paul J. Brown
Greenberg Traurig, LLP
Houston, Texas

    *Attorneys for the Defendants*