IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAMDAS BHANDARI, M.D.,

    Plaintiff/Counter-defendant,

vs.                                                No. CIV 09-0932 JB/GBW

VHA SOUTHWEST COMMUNITY
HEALTH CORPORATION d/b/a
COMMUNITY HOSPITAL CORPORATION
and ARTESIA GENERAL HOSPITAL,

    Defendants/Counter-claimants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the parties' Stipulation of Dismissal With Prejudice, filed July 7, 2011 (Doc. 189), which stipulates to the dismissal with prejudice of all claims that were or could have been brought by the parties in this matter.  Because the parties' stipulation dispose of all the issues and claims before the Court, the Court finds entry of final judgment appropriate in this case.

**IT IS ORDERED** that final judgment is entered in this case, and that all of the parties' claims against each other are dismissed with prejudice and the case is dismissed.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Counsel:*

Gregory L. Denes
Juno Beach, Florida

-- and --

Michelle L. Gomez
Brownstein Hyatt Farber Schreck, LLP
Denver, Colorado

-- and --

Eric R. Burris
Adam E. Lyons
Brownstein Hyatt Farber Schreck, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Matthew P. Holt
Blaine T. Mynatt
Brad Springer
Holt, Babington & Mynatt
Las Cruces, New Mexico

    *Attorneys for Counterdefendant*

William C. Madison
Madison, Harbour & Mroz, P.A.
Albuquerque, New Mexico

-- and --

Mary Olga-Lovett
Paul J. Brown
Greenberg Traurig, LLP
Houston, Texas

    *Attorneys for the Defendants*